UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELINDA GRAY, | ) | CIVIL ACTION NO. 4:20-CV-1129 |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI, | ) | |
|     Defendant | ) | |

ORDER

In accordance with the accompanying memorandum, it is ORDERED that:

(1) The Commissioner's Motion to Remand (Doc. 23) is GRANTED.

(2) This case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration.

On remand, the Commissioner, through the Appeals Council, will refer Plaintiff's case to an Administrative Law Judge who will be instructed to take any further action necessary to complete the administrative record and issue a new decision. Such necessary action should, at a minimum, include an opportunity to further develop the record through written submissions. The ALJ should consider whether the facts warrant providing Plaintiff the opportunity for a new administrative hearing, and offer such an opportunity if appropriate.

(3) Pursuant to Fed. R. Civ. P. 58, final judgment will be issued in favor of Melinda Gray by separate order.

(4) The Clerk of Court is DIRECTED to close this case.

Date: March 9, 2022

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge